**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____X
CHRISTOPHER M. MONGIELLO     } Case No. 7:7:24-cv-02290-KMK
    Plaintiff,              }
                              }  *Plaintiffs Motions are denied. (See Dkt. Nos. 22, 23.) The Court reminds Plaintiff that Defendant's deadline to answer has not yet expired. (See Memo Endorsement (Dkt. No. 17).)*
  - Against -                 }
                              }
INDYMAC BANK, FSB             }
                              }
    Defendant.              }
                              }  *Dated: 7/1/24*
_____}

SO ORDERED

KENNETH M. KARAS U.S.D.J.

**MOTION FOR ENTRY OF DEFAULT BY CLERK**

Plaintiff, Christopher Mongiello respectfully prays that the Clerk of the Court or Court enter the Default Judgment against the defendant IndyMac Bank, FSB for failing to timely respond to the complaint or make any appearance whatsoever.

(1)    The date the action was commenced was 03/25/2024.

(2)    The name of the defendant that was served is Indymac Bank, FSB.

(3)    Who was served with the complaint by Ryan Sciulli, who is not a party to the action, personally served the summons and complaint on Indymac Bank, FSB on May 10th, 2024 at 17000 KATY FREEWAY, HOUSTON, TX 77094 received by their authorized agent for service of process, Latya Williams, whose phone number is 832-775-7729.

(4)    The proof of service is already filed herewith and attached as an exhibit.

1

(5)     No answer, appearance, nor did individually and acting as servicer on behalf of Indymac Bank, FSB nor Indymac Bank, FSB have appeared or otherwise answered in the time permitted.

(6)     The Plaintiff prays for the issuance of the Certificate of Default be entered by the Clerk against the two defendants.

The Plaintiff therefore requests that the Court Clerk enter the Default against  Indymac Bank, FSB nor Indymac Bank, FSB in the above-entitled cause.

RESPECTFULLY SUBMITTED.

Dated June 27th, 2024

_____
CHRISTOPHER M. MONGIELLO
889 JAMES STREET
PELHAM MANOR, NY 10803
TEL: 914 646-8224
EMAIL: therockacademy@mac.com

2

## CERTIFICATE OF SERVICE

**A true and correct copy of the foregoing was served on the Defendant at their last known address of Indymac Bank, FSB on May 10th, 2024 at 17000 KATY FREEWAY, HOUSTON, TX 77094.**

**RESPECTFULLY SUBMITTED**

Dated JUNE 27TH, 2024
_____
CHRISTOPHER M. MONGIELLO
889 JAMES STREET
PELHAM MANOR, NY 10803
TEL: 914 646-8224
EMAIL: therockacademy@mac.com