UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
_____X
CHRISTOPHER M. MONGIELLO        } Case No. 7:24-cv-02290-KMK
      Plaintiff,                }
                                }
   -  Against  -                }
                                }
INDYMAC BANK, FSB               }
SHELLPOINT MORTGAGE             }
SERVICING, LLC                  }
      Defendant.                }
_____}
```

### DISMISSAL OF SHELLPOINT MORTGAGE SERVICING, LLC

Plaintiff, Christopher Mongiello, moves the Court to voluntarily dismiss the Defendant Shellpoint Mortgage Servicing, LLC from the above-entitled cause without prejudice.

GOOD CAUSE HAVING BEEN SHOWN, the court dismisses without prejudice Shellpoint Mortgage Servicing, LLC.

IT IS SO ORDERED:

DATED: July 10, 2024              _____

HONORABLE District Judge Hon. Kenneth M. Karas

2